UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-23400-DPG

LISA FONSECA-DEPINA,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian corporation, d/b/a
ROYAL CARIBBEAN CRUISE LINE, and/or
ROYAL CARIBBEAN INTERNATIONAL,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    Defendant, ROYAL CARIBBEAN CRUISES LTD., by and through undersigned counsel, hereby notifies the Court that the parties have reached an amicable settlement of all claims in the above-styled matter. A Joint Stipulation of Dismissal and proposed Order of Dismissal With Prejudice will be filed forthwith pursuant to satisfaction of the settlement terms.

Dated:  September 13, 2018
        Miami, Florida

                Respectfully submitted,

                By:  /s/ Nicholas A. Applin
                     Nicholas A. Applin
                     Fla. Bar No.: 092243
                     napplin@rccl.com
                     ROYAL CARIBBEAN CRUISES LTD.
                     *Attorneys for Defendant*
                     1050 Caribbean Way
                     Miami, FL 33132
                     Tel.: (305) 982-2046 / (305) 539-4457
                     Fax: (305) 539-6561

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ Nicholas A. Applin _____
Nicholas A. Applin
Fla. Bar No.: 092243

## SERVICE LIST

| John H. Hickey, Esq.<br>HICKEY LAW FIRM, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, Florida 33131-3504<br>Tel. (305) 371-8000<br>Fax (305) 371-3542<br><br>*Attorneys for Plaintiff* | Nicholas A. Applin, Esq.<br>napplin@rccl.com<br>Royal Caribbean Cruises Ltd.<br>1080 Caribbean Way<br>Miami, Florida 33132<br>Tel. (305) 982-2046<br>Alt. (305) 539-4457<br>Fax (305) 539-6561<br><br>*Attorneys for Defendant* |
|---|---|