UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:17-cv-23400-DPG

AT LAW AND IN ADMIRALTY

LISA FONSECA DEPINA,

    Plaintiff,
v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation, d/b/a
ROYAL CARIBBEAN CRUISE LINE, and/or
ROYAL CARIBBEAN INTERNATIONAL,

    Defendant.
_____/

### ORDER ON MOTION FOR COURT TO RETAIN JURISDICTION UNTIL THE SETTLEMENT IS CONSUMMATED

**THIS CAUSE** having come before the Court upon this Motion for Court to Retain Jurisdiction until the Settlement is Consummated and, and the Court having considered the merits of motion, it is:

**ORDERED AND ADJUDGED** as follows:

The Parties' motion is **GRANTED.** The Court shall retain jurisdiction for 60 days and the parties shall file a joint stipulation of dismissal with prejudice within 7 days of the final consummation of the settlement.

**DONE AND ORDERED** on this _____ day of _____, 2018.

                                  _____
                                  HON. DARRIN P. GAYLES
                                  U.S. DISTRICT COURT JUDGE

cc: Counsel of Record